

# United States District Court
# Eastern District of California

| Jose Neftali Alegria Palma | | Case Number: | 2:25-cv-02088-DJC-SCR |

Plaintiff(s)

V.

Polly Kaiser, et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Caitlyn DeWitt hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner-Plaintiff Jose Neftali Alegria Palma

On 05/17/2021 (date), I was admitted to practice and presently in good standing in the Supreme Court of Wisconsin (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/26/2025              Signature of Applicant: /s/ Caitlyn DeWitt

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Caitlyn DeWitt |
| Law Firm Name: | Social Justice Collaborative |
| Address: | 1832 Second Street |
| City: | Berkeley   State: CA   Zip: 94710 |
| Phone Number w/Area Code: | (510) 550-5741 |
| City and State of Residence: | Sun Prairie, WI |
| Primary E-mail Address: | caitlyn@socialjusticecollaborative.org |
| Secondary E-mail Address: | cvdewitt@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Anuar Ramirez-Medina |
| Law Firm Name: | Seven Hills Law Firm |
| Address: | 125 12th Street |
| | Ste 100 |
| City: | Oakland   State: CA   Zip: 94607 |
| Phone Number w/Area Code: | (415) 450-9647   Bar #: 326420 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 29, 2025

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE